1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                          No. 2:25-cv-00841-WBS-CSK

   IN RE:  STEVEN WAYNE BONILLA
12                                          No. 2:25-cv-00843-WBS-CSK

13                                          No. 2:25-cv-00848-WBS-CSK

14                                          No. 2:25-cv-00849-WBS-CSK

15                                          No. 2:25-cv-00851-WBS-CSK

16                                          No. 2:25-cv-00852-WBS-CSK

17                                          No. 2:25-cv-00858-WBS-CSK

18                                          No. 2:25-cv-00859-WBS-CSK

19                                          No. 2:25-cv-00862-WBS-CSK

20                                          No. 2:25-cv-00884-WBS-CSK

21

22

23                                          **ORDER**

24

25

26        Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

27   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

28   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

                                            1

1    proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

2    Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

3    13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

4    the Court to open a new case for each attempted new pleading and assign it to the Court for

5    review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

6    Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

7         The Court has reviewed the complaints/petitions filed in the above-captioned cases and

8    finds they are related to Plaintiff's Alameda County criminal conviction.[1]

9         Accordingly, IT IS HEREBY ORDERED that 2:25-cv-00841, 2:25-cv-00843, 2:25-cv-

10    00848, 2:25-cv-00849, 2:25-cv-00851, 2:25-cv-00852, 2:25-cv-00858, 2:25-cv-00859, 2:25-cv-

11    00862 and 2:25-cv-00884 are DISMISSED; the Clerk of the Court is directed to close these cases.

12    No further filings will be accepted.

13    Dated:  March 31, 2025

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23    [1] In the caption of 2:25-cv-00841, plaintiff names the Plumas County Superior Court.  In the
     caption of 2:25-cv-00843, plaintiff names the Siskiyou County Superior Court.  In the captions of
24    2:25-cv-00848 and 2:25-cv-00849, plaintiff names the Inyo County Superior Court.  In the
     caption of 2:25-cv-00852, plaintiff names the Tehama County Superior Court.  In the caption of
25    2:25-cv-00862, plaintiff names the Yolo County Superior Court.  To the extent plaintiff intended
     to raise the claims raised in these cases in the United States District Court for the Eastern District
26    of California, this Court finds that the claims raised in 2:25-cv-00841, 2:25-cv-00843, 2:25-cv-
     00848, 2:25-cv-00849, 2:25-cv-00852 and 2:25-cv-00862 are related to Plaintiff's Alameda
27    County criminal conviction.

28

2